# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2013

## NO. 03-10-00639-CV

**Trinity Settlement Services, LLC, Appellant**

**v.**

**The Texas State Securities Board and John Morgan, in his Official Capacity as Commissioner of the Texas State Securities Board, Appellee**

## APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's grant of plea to the jurisdiction: **IT IS THEREFORE** considered, adjudged and ordered that the grant of plea to the jurisdiction of the trial court is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.